IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JIM ROBERTS,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:11CV06** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **A-1 UNITED HEATING & AIR CONDITIONING CO.,** | ) ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by counsel for the plaintiff on January 24, 2012,

**IT IS ORDERED that:**

1. **On or before February 27, 2012**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Judge Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The final pretrial conference scheduled for February 17, 2012, and the trial scheduled for the week of March 19, 2012, are cancelled upon the representation that this case is settled.

DATED this 24th day of January, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge