IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM ROBERTS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>A-1 UNITED HEATING & AIR,<br>CONDITIONING, CO.,<br><br>　　　　　Defendant. | Case No. 8:11-CV-6<br><br>**ORDER OF DISMISSAL** |

THIS MATTER comes before the court upon the Stipulation of the Parties that this case be dismissed, with prejudice, each party to bear his or its own attorneys' fees and costs.

Upon consideration of the Stipulation, and being duly advised in the premises, the Court approves of the parties' Stipulation.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action is hereby dismissed, with prejudice, each party to bear his or its own attorneys' fees and costs.

DATED this 16th day of February, 2012.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　District Court Judge